UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| BRUCE BENNETT,<br><br>      Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHERN INSURANCE, INC., a Ohio Corporation,<br><br>      Defendant. | Civ. 09-4079<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

  Bruce Bennett, through his undersigned attorney and pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), hereby voluntarily dismisses this action with prejudice. The matter has been settled with the defendant prior to an Answer being served.

  Dated this 9th day of July, 2009.

                 **JANKLOW LAW FIRM, PROF. L.L.C.**

                 By /S/ *Andrew R. Damgaard*
                 A. Russell Janklow
                 Andrew R. Damgaard
                 1700 West Russell Street
                 Sioux Falls, SD  57104
                 (605) 332-0101

                 *Attorneys for Plaintiff*